Opinion filed August 20, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed August 20,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                       Nos. 11-09-00261-CR & 11-09-00262-CR

                                                    __________

 

                                  IN
RE MICHAEL ANTHONY SEIFFERT

 



 

                                           Original
Habeas Corpus Proceedings

 



 

                                             M
E M O R A N D U M  O P I N I O N

In
these cases, relator is petitioning for habeas corpus relief following his
felony convictions pursuant to Tex. Code
Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2008).  This court does not
have jurisdiction to entertain relator=s
petitions.  Article 11.07.

The
cases are dismissed for want of jurisdiction.

 

 

PER CURIAM

 

August 20, 2009           

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.